IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12-528 (JLL) |
| ) | |
| HARVEY STAHL, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the United States' Motion for Entry of Default Judgment, ~~any response thereto~~, and the entire record of this proceeding, and no opposition having been filed, it is hereby ORDERED that:

1. The United States' motion is GRANTED.

2. The Court further ORDERS that defendants State of New Jersey (Division of Revenue), State of New Jersey (Department of Labor), and New Century Financial Services have no interest in the real property that is the subject of this action, specifically the real property located at 26 Wedgewood Drive, West Orange, New Jersey 07052, with a legal description as follows:

> All that tract or parcel of land and premises, herinafter particularly described, situate, lying and being in the Town of West Orange in the County of Essex and State of New Jersey:
>
> BEGINNING at a point in the southeasterly side of Wedgewood Drive therein distant 1029.58 feet northeasterly from the produced intersection thereof with the northeasterly side of Mt. Pleasant Avenue; thence (1) South 55 deg. 19 min.

5452275.1

East 119.73 feet to the said side of Wedgewood Drive; thence (4) along the same, curving southerly to the right on a radius of 75 feet, an arc distance of 11.62 feet; thence (5) still along the same, South 34 deg. 14 min. West 71.39 feet to the point and place of BEGINNING.

BEING also known as Lot 72, in Block 155T, on Map of Wedgewood Estates, Section 3, dated November 26, 1956, prepared by Christopher M. Moore, C.E., and L.S., and filed in the Essex County Register's Office on September 21, 1962, as Map No. 2650.

BEING the same premises conveyed to George Schindel & Co., a partnership, by deed of Jack Shobin, and Gertrude Shobin, his wife, dated August 24, 1962, recorded November 8, 1962, in Deed Book 3903 page 250, etc., for Essex County.

3. The Court further ORDERS that defendants State of New Jersey (Division of Revenue), State of New Jersey (Department of Labor), and New Century Financial Services are hereby DISMISSED from the above-captioned litigation WITH PREJUDICE.

Signed, this ___7___ day of ___August, 2012___.

_____
UNITED STATES DISTRICT JUDGE

5452275.1